## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**BRANCH BANKING & TRUST CO.,**
**a North Carolina banking corporation,**
**as successor in interest to Colonial Bank**
**by asset acquisition from the FDIC**
**as receiver for Colonial Bank,**

      **Plaintiff,**

**vs.**                              **CASE NO. 3:11-cv-110/RS-EMT**

**T. HENRY DEVELOPMENT CO., L.L.C.,**
**a Florida limited liability company; and**
**THOMAS HENRY,**

      **Defendants.**

_____/

## ORDER

      Before me is Defendants' Motion to Remand (Doc. 21) and Plaintiff's Opposition to Defendants' Motion to Remand (Doc. 22).

      The ability to remand an action is premised on the action having been previously removed from state court to federal court. *See* 28 U.S.C. § 1447. Remand is to "send a case or claim back to the court or tribunal from which it came for some further action . . . *Cf.* Removal." BLACK'S LAW DICTIONARY 1071 (Abridged 8th ed. 2005).

      Here, this case was initiated in this court and did not originate elsewhere. Because jurisdiction is proper, *See* Doc. 20, the case will remain in federal court.

      Defendant's Motion to Remand (Doc. 21) is **DENIED**.

**ORDERED** on May 11, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**