IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRANCH BANKING AND TRUST
COMPANY, a North Carolina banking
corporation as successor in interest to
Colonial Bank by asset acquisition from the
FDIC as receiver for Colonial Bank,

      Plaintiff,

vs.                                          CASE NO. 3:11cv110/RS-EMT

T. HENRY DEVELOPMENT CO., LLC,
a Florida Limited Liability Company, and
THOMAS HENRY,

      Defendants.
_____/

## ORDER

The relief requested by Defendants' Motion For Extension Of Time (Doc. 31) is **granted**.

**ORDERED** on May 27, 2011.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**